# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

130390

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
Robert P. Young, Jr.
   Plaintiff-Appellee,
Stephen J. Markman,
Justices

v                SC: 130390
                COA: 256300
                Kalamazoo CC: 03-001012-FC
ROBERT LEE DYSON,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the December 13, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006          _____

s0619               Clerk